**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF HAWAII

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | AINA LE`A, INC. |
|---|---|---|

| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | FDBA  AINA LE`A, LLC |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | 45-4447703 |
|---|---|---|

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 69-201 WAIKOLOA BEACH DRIVE <br> SUITE 2617 <br> Waikoloa, HI 96738 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Hawaii <br> County | **Location of principal assets, if different from principal place of business** <br> 68-4747 Queen Kaahumanu Hwy Waikoloa, HI <br> Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | www.ainaleahi.com |
|---|---|---|

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

U.S. Bankruptcy Court - Hawaii  #17-00611  Dkt # 1  Filed 06/22/17  Page 1 of 26

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __2372__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

U.S. Bankruptcy Court - Hawaii  #17-00611  Dkt # 1  Filed 06/22/17  Page 2 of 26

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

      What is the hazard? _____

   - ☐ It needs to be physically secured or protected from the weather.

   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   - ☐ Other _____

   **Where is the property?** _____
                            Number, Street, City, State & ZIP Code

   **Is the property insured?**

   - ☐ No
   - ☐ Yes.  Insurance agency _____
               Contact name _____
               Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☑ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☑ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **JUN 2 2 2017**
               MM / DD / YYYY

X _____              Robert Wessels
Signature of authorized representative of debtor    Printed name

Title    **CEO**
         _____

**18. Signature of attorney**

X _____              Date    **JUN 2 2 2017**
Signature of attorney for debtor                       MM / DD / YYYY

**Chuck C. Choi**
_____
Printed name

**Choi & Ito**
_____
Firm name

**745 Fort Street Mall Ste. 1900**
**Honolulu, HI 96183**
_____
Number, Street, City, State & ZIP Code

Contact phone    **808-533-1877**        Email address    **cchoi@hibklaw.com**

**6435**
_____
Bar number and State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/22/17    X _____
                        Signature of individual signing on behalf of debtor

                        **Robert Wessels**
                        Printed name

                        **CEO**
                        Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    AINA LE`A, INC.

United States Bankruptcy Court for the:   **DISTRICT OF HAWAII**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TrueStyle Pacific Builders 3517 West 10235 South South Jordan, UT 84095 | | Services Rendered | | | | $1,127,037.00 |
| E.M. Rivera and Sons, Inc. P.O. Box 9031 Kailua Kona, HI 96745 | | Services Rendered | | | | $572,537.00 |
| American Savings Bank P.O. Box 2300 Honolulu, HI 96804 | | Loan Purchase Agreement | Unliquidated | | | $480,000.00 |
| Nixon Peabody Three First National Plaza 70 W Madison Ste 3500 Chicago, IL 60602-4224 | | Services Rendered | | | | $253,685.00 |
| Greenberg Traurig 3161 Michelson Drive Suite 1000 Irvine, CA 92612-4410 | | Services Rendered | | | | $242,523.00 |
| UHY/UKW Advisors P.O. Box 8563 Carol Stream, IL 60197 | | Services Rendered | Disputed | | | $151,258.00 |
| Gusrae Kaplan Nusbaum PLLC 120 Wall Street, 25th Floor New York, NY 10005 | | Claims asserted in pending lawsuit (1:17-cv-01808-JMF) | Disputed | | | $146,000.00 |

U.S. Bankruptcy Court - Hawaii  #17-00611  Dkt # 1  Filed 06/22/17  Page 6 of 26

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Insurance Funding Corp. 450 Skokie Blvd. Northbrook, IL 60062 | | | Unliquidated Disputed | | | $78,510.00 |
| Prior Cashman 7 Times Square New York, NY 10036-6569 | | Services Rendered | | | | $77,621.00 |
| Hawaii Precast, Inc. P.O. Box 160 Kailua Kona, HI 96745 | | Trade debt | Unliquidated Disputed | | | $66,898.00 |
| Nakamoto, Okamoto & Yamamoto 187 Kapiolani Street Hilo, HI 96720 | | Services Rendered | | | | $47,665.00 |
| Tom Watts Degele-Mathews & Yoshida 841 Bishop Street Suite 2125 Honolulu, HI 96813 | | Services Rendered | | | | $44,741.00 |
| RR Donnelly P.O. Box 932721 Cleveland, OH 44193 | | Services Rendered | | | | $44,494.00 |
| McCorriston Miller Mukai MacKinnon P.O. Box 2800 Honolulu, HI 96803-2800 | | Services Rendered | | | | $44,200.00 |
| MGO (Macias Gini & O'Connell LLP) 3000 S Street #300 Sacramento, CA 95816 | | Services Rendered | | | | $42,929.00 |
| Engineering Partners P.O. Box 4159 Hilo, HI 96720 | | Services Rendered | | | | $38,224.00 |
| Aaron Chung,AAL P.O. Box 11458 Hilo, HI 96721 | | | | | | $31,249.80 |
| Morihara Lau & Fong 841 Bishop Street Suite 300 Honolulu, HI 96813 | | Services Rendered | | | | $22,247.00 |
| Clifford & Company, Inc. 4065 Warner Huntington Beach, CA 92649 | | Services Rendered | | | | $20,000.00 |

U.S. Bankruptcy Court - Hawaii   #17-00611   Dkt # 1   Filed  06/22/17   Page 7 of 26

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Robert O'Brien 1753 Via Mazatlan Rio Rico, AZ 85648 | | Services Rendered | | | | $19,531.00 |

U.S. Bankruptcy Court - Hawaii   #17-00611   Dkt # 1   Filed  06/22/17   Page 8 of 26

# United States Bankruptcy Court
## District of Hawaii

In re AINA LE`A, INC.

Debtor(s)

Case No. _____

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Darlene Aldredge<br>4470 Vegas Valley Dr., Space 121<br>Las Vegas, NV 89121 | Restricted | 5,000.00 | |
| Mark Bailin<br>501 Madison Avenue<br>New York, NY 10022 | Restricted Control | 36,034 | |
| John Bansemer<br>P.O. Box 391172<br>Kailua Kona, HI 96740 | Restricted | 7,000 | |
| Joe Bennett<br>P.O. Box 502<br>Kailua Kona, HI 96745 | Restricted | 10,000 | |
| Richard Bernstein<br>c/o 69-201 Waikoloa Beach Dr.<br>Suite 2617<br>Waikoloa, HI 96738 | Restricted Control | 2,000 | |
| CEDE & CO (FAST)<br>P.O. Box 222<br>Bowling Green Station<br>New York, NY 10274 | Unrestricted | 2,696,579 | |
| Elissa Y. Cha<br>28-29 214th St.<br>Bayside, NY 11360 | Restricted | 109,065 | |
| Won Hoon & Young Mija Cho<br>230-12 53rd Avenue<br>Oakland Gardens, NY 11364 | Restricted | 218,129 | JTWROS |
| Chong Guan<br>Apt1706, Bldg1 ShiuQingMuHua Comp1<br>ZhongGuanCun N.2dSt.HaidenBeijing100190<br>CHINA | Restricted | 40,000 | |
| Aaron Chung<br>243 Waianuenue Avenue<br>Suite 105<br>Hilo, HI 96720 | Restricted | 5,000 | |
| Steve Dunnington<br>P.O. Box 312938<br>Waikoloa, HI 96738 | Restricted | 12,859 | |

Sheet 1 of 5 in List of Equity Security Holders

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:  **AINA LE`A, INC.**                                    Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DW Aina Le`a Development, LLC**<br>**69-201Waikoloa Beach Dr., Ste 2617**<br>**Waikoloa, HI 96738** | **Restricted**<br>**Control** | 539,852 | |
| **Johanna Eschberger**<br>**P.O. Box 44354**<br>**Kamuela, HI 96743-4354** | **Restricted** | 2,000 | |
| **Joseph A. Foggiato**<br>**c/oCap.AsiaGrp., 500 N. Bridge Rd.**<br>**09-08 Parkview 2 Singapore 188778**<br>**SINGAPORE** | Reg S | 5,632 | |
| **Sidney Fuke**<br>**100 Pauahi Street, Suite 212**<br>**Hilo, HI 96720** | **Restricted** | 7,000 | |
| **Wally Fullerton**<br>**75-5656 Kuakini Hwy**<br>**Kailua Kona, HI 96740** | **Restricted** | 2,000 | |
| **Celeste Hua**<br>**P.O. Box 1685**<br>**Kealakekua, HI 96750** | **Restricted** | 5,000 | |
| **Mark Jackson**<br>**c/o 69-201 Waikoloa Beach Drive**<br>**Suite 2617**<br>**Waikoloa, HI 96738** | **Restricted**<br>**Control** | 42,000 | |
| **Myungsook Jun**<br>**8 Link Dr.**<br>**Great Neck, NY 11020** | **Restricted** | 109,065 | |
| **Nichole Kanda**<br>**P.O. Box 1898**<br>**Kailua Kona, HI 96745** | **Restricted** | 7,000 | |
| **Paul W. Kaufman,TTEE**<br>**Paul W. Kaufman Rev T UA DTD 5/27/05**<br>**59-236 Kanaloa Way**<br>**Kamuela, HI 96743** | **Restricted** | 25,000 | |
| **Barbara Kistler**<br>**P.O. Box 740**<br>**Meadow Vista, CA 95722** | **Restricted** | 10,000 | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:   **AINA LE`A, INC.**                             Case No. _____

                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Barbara Kistler<br>Custodian for Grace Smith<br>69-201 Waikoloa Beach Drive, # 2617<br>Waikoloa, HI 96738 | Restricted | 50,000 | |
| Barbara Kistler<br>Custodian for Kingston Smith<br>69-201 Waikoloa Beach Dr., #2617<br>Waikoloa, HI 96738 | Restricted | 50,000 | |
| Julia Kistler<br>69-201 Waikoloa Beach Dr., #2617<br>Waikoloa, HI 96738 | Restricted | 50,000 | |
| Michael Kistler<br>3215 La Mancha Way<br>Las Vegas, NV 89120 | Restricted | 2,000 | |
| Robert Kistler<br>c/o 69-201 Waikoloa Beach Dr.<br>Suite 2617<br>Waikoloa, HI 96738 | Restricted | 62,000 | |
| Law Office of Richard Bernstein<br>701 Howe Avenue, Suite G45<br>Sacramento, CA 95825 | Restricted Control | 48,975 | |
| John F & Judith McDaniel<br>126 Enid Ln<br>Winnetka, IL 60093 | Restricted | 500 | JTWROS |
| Constance A. Murphy<br>1038 W. Monroe St.<br>Unit 15<br>Chicago, IL 60607 | Unrestricted | 10,000 | |
| Morgan F. Murphy,Jr.<br>1038 W. Monroe St.<br>Unit 15<br>Chicago, IL 60607 | Restricted | 10,000 | |
| NFS/FMTC Rollover IRA FBO R Wessels<br>c/o Bank of Hawaii Investment Services<br>130 Merchant St. Suitte 850 CC#475<br>Honolulu, HI 96813 | Restricted Control | 83,972 | |

In re: __AINA LE`A, INC._____     Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ron Obser<br>2251 S. Fort Apache Road<br>#1049<br>Las Vegas, NV 89117 | Restricted | 2,000 | |
| Patrick H. Gioia<br>321 Barbara Street<br>Staten Island, NY 10306 | Restricted | 10,000 | |
| Pleasant Pineapple Group, LLC<br>501 Madison Avenue<br>New York, NY 10022 | Restricted<br>Control | 224,455 | |
| RELCO CORP.<br>3231 La Mancha Way<br>Henderson, NV 89014 | Restricted<br>Control | 100,000 | |
| Christian Renz<br>P.O. Box 383263<br>Waikoloa, HI 96738 | Restricted | 62,000 | |
| Sandra Renz<br>12917 Farley Street<br>Overland Park, KS 66213 | Restricted | 10,000 | |
| Sarah Renz<br>69-201 Waikoloa Beach Dr., #2617<br>Waikoloa, HI 96738 | Restricted | 50,000 | |
| Sandra Kay Renz,Custodian-M.Renz<br>P.O. Box 383263<br>Waikoloa, HI 96738 | Restricted | 10,000 | |
| Hiram Rivera<br>P.O. Box 9031<br>Kailua Kona, HI 96745 | Restricted | 2,000 | |
| RJW/LLW Irrev Family Trust<br>701 Howe Avenue, Suite G-45<br>Sacramento, CA 95825 | Restricted<br>Control | 2,645,848 | |
| Gerald Saxton<br>3517 W. 10235 South<br>South Jordan, UT 84095 | Restricted | 285,000 | |

In re: __AINA LE`A, INC.__        Case No. _____

                                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Shanghai Zhongyou Real Estate Grp<br>333 N. Chengdu Rd., South Bldg Ste 2403<br>Shanghai 200041 CHINA<br>CHINA | Restricted | 1,280,000 | |
| Faith K. Smith<br>69-201 Waikoloa Beach Dr., #2617<br>Waikoloa, HI 96738 | Restricted | 50,000 | |
| LIBO ZHANG<br>16 Fl. Bldg#7, #16 XiSiHuanZhong Rd<br>Haidian Dist., Beijing, CHINA<br>CHINA | Restricted | 113,091 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __6/22/17__         Signature    _/s/ Robert Wessels_
                                                       Robert Wessels

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 5 total page(s)
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**United States Bankruptcy Court**
**District of Hawaii**

In re    **AINA LE`A, INC.** _____    Case No. _____

                                                   Debtor(s)         Chapter     11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____6/22/17_____        _____

                                         Robert Wessels/CEO
                                         Signer/Title

Adriatic Ventures, LLC
1679 S. Dupont Hwy Suite 100
Dover, DE 19901

Aerial Surveying, Inc.
68-1125 N. Kaniku Drive
Unit 906
Kamuela, HI 96743

Aina Engineers Inc.
P.O. Box 81
Holualoa, HI 96725

Aina Le'a Land Trust No. 1
c/o Emerald Hawaii Svcs., Inc. SUCT
1100 Union Mall, Ste 301
Honolulu, HI 96813

Aina Le`a Land Trust No. 2
c/o Emerald Hawaii Svcs.,Inc.,SUCTR
1100 Union Mall, Suite 301
Honolulu, HI 96813

Aina Le`a Realty
78-7190 Kaleiopapa St
Unit 5-29
Kailua Kona, HI 96740

Darlene Aldredge
4470 Vegas Valley Dr., Space 121
Las Vegas, NV 89121

American Savings Bank
P.O. Box 2300
Honolulu, HI 96804

AP Water Supply
819 Kanoelehua
Hilo, HI 96720

Atlas Insurance
1132 Bishop Street, Suite 1600
Honolulu, HI 96813

Mark Bailin
501 Madison Avenue
New York, NY 10022

Bank of America
1100 Green Valley Parkway
Henderson, NV 89074

John Bansemer
P.O. Box 391172
Kailua Kona, HI 96740

Joe Bennett
P.O. Box 502
Kailua Kona, HI 96745

Richard Bernstein
701 Howe Avenue, Suite G45
Sacramento, CA 95825

Richard Bernstein
c/o 69-201 Waikoloa Beach Dr.
Suite 2617
Waikoloa, HI 96738

Big Island Mechanical
P.O. Box 6795
Kamuela, HI 96743

Brentwood West LLC
3090 E. Warm Springs Road
Suite 500
Las Vegas, NV 89120

Bridge Aina Lea LLC
47-456 HUI KELU ST
Kaneohe, HI 96744

Bridge Aina Lea LLC
c/o Bruce Voss, Esq.
700 Bishop Street, Suite 900
Honolulu, HI 96813

Broadridge

Bruce D. Voss, Esq.
700 Bishop Street, Suite 900
Honolulu, HI 96813

CAPITAL ASIA GROUP PTE LTD
600 N.BridgeRd,#09-08
Parkview Square, SINGAPORE, 188778
SINGAPORE

CEDE & CO (FAST)
P.O. Box 222
Bowling Green Station
New York, NY 10274

Elissa Y. Cha
28-29 214th St.
Bayside, NY 11360

Won Hoon & Young Mija Cho
230-12 53rd Avenue
Oakland Gardens, NY 11364

Chong Guan
Apt1706, Bldg1 ShiuQingMuHua Compl
ZhongGuanCun N.2dSt.HaidenBeijing100190
CHINA

Aaron Chung
243 Waianuenue Avenue
Suite 105
Hilo, HI 96720

Aaron Chung,AAL
P.O. Box 11458
Hilo, HI 96721

Clifford & Company, Inc.
4065 Warner
Huntington Beach, CA 92649

Collaborative V Design Studio Inc
7116 E 1st Ave. #103
Scottsdale, AZ 85251

County of Hawaii
101 Aupuni Street, Suite 4
Hilo, HI 96720

County of Hawaii, DWS
345 KEKUANAO'A ST., STE 20
Hilo, HI 96720

Cox Communications


CSC


Steve Dunnington
P.O. Box 312938
Waikoloa, HI 96738

DW Aina Le`a Development, LLC
69-201Waikoloa Beach Dr., Ste 2617
Waikoloa, HI 96738

E.M. Rivera and Sons, Inc.
P.O. Box 9031
Kailua Kona, HI 96745

Emerald Hawaii Services, Inc.
SUCTR Aina Lea Land Trust No. 2
c/o 1100 Union Mall Ste 301
Honolulu, HI 96813

Emerald Hawaii Services, Inc.
SUCTR Aina Lea Land Trust No. 1
c/o 1100 Union Mall Ste 301
Honolulu, HI 96813

Engineering Partners
P.O. Box 4159
Hilo, HI 96720

Johanna Eschberger
P.O. Box 44354
Kamuela, HI 96743-4354

First Insurance Funding Corp.
450 Skokie Blvd.
Northbrook, IL 60062

Joseph A. Foggiato
c/oCap.AsiaGrp., 500 N. Bridge Rd.
09-08 Parkview 2 Singapore 188778
SINGAPORE

Francis Hogan, Esq.
Ashford & Wriston, LLP
999 Bishop STreet, Suite 1600
Honolulu, HI 96813

Francis P. Hogan, Esq.
Ashford & Wriston
999 Bishop Street, Suite 1400
Honolulu, HI 96813

Sidney Fuke
100 Pauahi Street, Suite 212
Hilo, HI 96720

Wally Fullerton
75-5656 Kuakini Hwy
Kailua Kona, HI 96740

Walter Stewart Fullerton
75-5656 Kuakini Hwy
Suite 103
Kailua Kona, HI 96740

Greenberg Traurig
3161 Michelson Drive
Suite 1000
Irvine, CA 92612-4410

Gusrae Kaplan Nusbaum PLLC
120 Wall Street, 25th Floor
New York, NY 10005

Hale Wailani Partners, LP
c/o Stephen Hurwitz C&H Prop
65-1227A Opelo Road, Suite 1
Kamuela, HI 96743

Hawaii Electric Light Company
P.O. Box 909
Honolulu, HI 96808

Hawaii Escrow & Title, Inc.
1132 Bishop Street
Suite 200
Honolulu, HI 96813

Hawaii Precast, Inc.
P.O. Box 160
Kailua Kona, HI 96745

Hawaii Water Service Co.
68-1845 Waikoloa Rd
Unit 116
Waikoloa, HI 96738

Hawaiian Telcom
Legal Department
1177 Bishop Street
Honolulu, HI 96813

HMSA
818 Keeaumoku Street
Honolulu, HI 96814

Celeste Hua
P.O. Box 1685
Kealakekua, HI 96750

I-onAsia
Suite 1603-1605, 16/F Lever Tech Centre
69-71 King Yip St. Kwung Tong Kowloon HK
HONG KONG

IPFS Corporation
1003 Bishop St. Ste 1600
Pauahi Tower
Honolulu, HI 96813

ISLAND VISTAS, LLC
69-201 Waikoloa Beach Dr. Suite 261
Waikoloa, HI 96738

Mark Jackson
c/o 69-201 Waikoloa Beach Drive
Suite 2617
Waikoloa, HI 96738

Jessica Wan, Esq.
McCorriston Miller Mukai MacKinnon
P.O. BOX 2800
Honolulu, HI 96803

Johanna Eschberger
c/o 69-201 Waikoloa Beach Dr. Suite
Waikoloa, HI 96738

Myungsook Jun
8 Link Dr.
Great Neck, NY 11020

Kaiser Permanente
711 Kapiolani Blvd
Tower Suite 400
Honolulu, HI 96813

Nichole Kanda
P.O. Box 1898
Kailua Kona, HI 96745

Paul W. Kaufman,TTEE
Paul W. Kaufman Rev T UA DTD 5/27/05
59-236 Kanaloa Way
Kamuela, HI 96743

Barbara Kistler
P.O. Box 740
Meadow Vista, CA 95722

Barbara Kistler
Custodian for Grace Smith
69-201 Waikoloa Beach Drive, # 2617
Waikoloa, HI 96738

Barbara Kistler
Custodian for Kingston Smith
69-201 Waikoloa Beach Dr., #2617
Waikoloa, HI 96738

Julia Kistler
69-201 Waikoloa Beach Dr., #2617
Waikoloa, HI 96738

Michael Kistler
3215 La Mancha Way
Las Vegas, NV 89120

Robert Kistler
c/o 69-201 Waikoloa Beach Dr.
Suite 2617
Waikoloa, HI 96738

Law Office of Richard Bernstein
701 Howe Avenue, Suite G45
Sacramento, CA 95825

LIBO ZHANG
16 Fl. Bldg#7, #16 XiSiHuanZhong Rd
Haidian Dist., Beijing, CHINA
CHINA

Mark Jackson
c/o 69-201 Waikoloa Beach Drive
Suite 2617
Waikoloa, HI 96738

John Marshall,Esq.
P.O. Box 1137
Honolulu, HI 96807-1137

McCorriston Miller Mukai MacKinnon
P.O. Box 2800
Honolulu, HI 96803-2800

John F & Judith McDaniel
126 Enid Ln
Winnetka, IL 60093

MGO (Macias Gini & O'Connell LLP)
3000 S Street #300
Sacramento, CA 95816

Morihara Lau & Fong
841 Bishop Street
Suite 300
Honolulu, HI 96813

Murar Engineering and Design, Inc.
78-6804 Kuhinanui St.
Kailua Kona, HI 96740

Constance A. Murphy
1038 W. Monroe St.
Unit 15
Chicago, IL 60607

Morgan F. Murphy,Jr.
1038 W. Monroe St.
Unit 15
Chicago, IL 60607

Nakamoto, Okamoto & Yamamoto
187 Kapiolani Street
Hilo, HI 96720

National Park Service
Attn: Aric Arakaki
73-4786 Kanalani St.
Kailua Kona, HI 96740

NFS/FMTC Rollover IRA FBO R Wessels
c/o Bank of Hawaii Investment Services
130 Merchant St. Suitte 850 CC#475
Honolulu, HI 96813

Nixon Peabody
Three First National Plaza
70 W Madison Ste 3500
Chicago, IL 60602-4224

NV Energy
6226 W. Sahara Avenue
Las Vegas, NV 89146

Robert O'Brien
1753 Via Mazatlan
Rio Rico, AZ 85648

Oahu Publications, Inc.
500 Ala Moana Boulevard
Suite 7-500
Honolulu, HI 96813

Ron Obser
2251 S. Fort Apache Rd
#1049
Las Vegas, NV 89117

Ron Obser
2251 S. Fort Apache Road
#1049
Las Vegas, NV 89117

Old Rep. Title & Escrow of HI, Ltd.
900 Fort Street Mall
Suite 195
Honolulu, HI 96813

Pacific Aina Management LLC
68-4747 Queen Kaahumanu Highway
Kamuela, HI 96743

Patrick H. Gioia
321 Barbara Street
Staten Island, NY 10306

Pleasant Pineapple Group, LLC
501 Madison Avenue
New York, NY 10022

Prior Cashman
7 Times Square
New York, NY 10036-6569

Pural Water Specialty Co., Inc.
95-1135 Iwaena St. #6, 7, 9, 10
Aiea, HI 96701

Queen's Marketplace
c/o Waikoloa Land Company
150 Waikoloa Beach Drive
Waikoloa, HI 96738

Queen's Marketplace
69-201 Waikoloa Beach Dr.
Waikoloa, HI 96738

RELCO CORP.
3231 La Mancha Way
Henderson, NV 89014

Christian Renz
P.O. Box 383263
Waikoloa, HI 96738

Sandra Renz
12917 Farley Street
Overland Park, KS 66213

Sarah Renz
69-201 Waikoloa Beach Dr., #2617
Waikoloa, HI 96738

Sandra Kay Renz,Custodian-M.Renz
P.O. Box 383263
Waikoloa, HI 96738

Hiram Rivera
P.O. Box 9031
Kailua Kona, HI 96745

RJW/LLW Irrev Family Trust
701 Howe Avenue, Suite G-45
Sacramento, CA 95825

Robert Kistler
c/o 69-201 Waikoloa Beach Dr.
Suite 2617
Waikoloa, HI 96738

Robert Wessels
69-201 Waikoloa Beach Dr. Ste 2617
Waikoloa, HI 96738

Romspen Investment Corp.


Sichenzia Ross


RR Donnelly
P.O. Box 932721
Cleveland, OH 44193

Gerald Saxton
3517 W. 10235 South
South Jordan, UT 84095

Shanghai Zhongyou Real Estate Grp
333 N. Chengdu Rd., South Bldg Ste 2403
Shanghai 200041 CHINA
CHINA

Dennis Simmonis
2893 Kaiwiki Road
Hilo, HI 96720

Faith K. Smith
69-201 Waikoloa Beach Dr., #2617
Waikoloa, HI 96738

SSFM Int'l., Inc.
501 Sumner Street, Suite #620
Honolulu, HI 96817

Stewart Engineering, Inc.
131 Hekili Street
Suite 207
Kailua, HI 96734

Tom Watts Degele-Mathews & Yoshida
841 Bishop Street
Suite 2125
Honolulu, HI 96813

TrueStyle Pacific Builders
3517 West 10235 South
South Jordan, UT 84095

UHY/UKW Advisors
P.O. Box 8563
Carol Stream, IL 60197


Conrad Vlak


Waikoloa Village Association
P.O. Box 383910
Waikoloa, HI 96738

Waikoloa Water Co., Inc.
dba Hawaii Water Svc. Co.
68-1845 Waikoloa Rd, Unit 116
Waikoloa, HI 96738

Robert Wessels
69-201 Waikoloa Beach Dr. Ste 2617
Waikoloa, HI 96738

West Coast Stock Transfer
721 N. Vulcan Ave, Suite 205
Encinitas, CA 92024

Workiva Inc.
2900 University Blvd.
Ames, IA 50010

Winston Yau
600 N.Bridge Rd. Parkview Sq.#09-08
Parkview 2, Singapore 188778
SINGAPORE

LIBO ZHANG
16 Fl. Bldg#7, #16 XiSiHuanZhong Rd
Haidian Dist., Beijing, CHINA
CHINA

# United States Bankruptcy Court
## District of Hawaii

In re    **AINA LE`A, INC.** _____

                        Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **AINA LE`A, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CEDE & CO (FAST)**
**P.O. Box 222**
**Bowling Green Station**
**New York, NY 10274**

**RJW/LLW Irrev Family Trust**
**701 Howe Avenue, Suite G-45**
**Sacramento, CA 95825**

**Shanghai Zhongyou Real Estate Grp**
**333 N. Chengdu Rd., South Bldg Ste 2403**
**Shanghai 200041 CHINA**
**CHINA**

☐ None [*Check if applicable*]

_JUN 2 2 2017_
Date

                                   **Chuck C. Choi**
                                   Signature of Attorney or Litigant
                                   Counsel for   **AINA LE`A, INC.**
                                   **Choi & Ito**
                                   **745 Fort Street Mall Ste. 1900**
                                   **Honolulu, HI 96183**
                                   **808-533-1877**
                                   **cchoi@hibklaw.com**