H2014 (3/16)

Filer's Name, Address, Phone, email:

CHOI & ITO
CHUCK C. CHOI
ALLISON A. ITO
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Tel.: (808) 533-1877
Fax: (808) 566-6900
E-mail: cchoi@hibklaw.com;
aito@hibklaw.com
Proposed Attorneys for Debtor and Debtor-in-Possession Aina Lea, Inc.



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

Debtor(s): AINA LE`A, INC.

Case No.: 17-00611

## APPLICATION TO EMPLOY PROFESSIONAL

*[Attach the professional's verification of disinterestedness and any necessary supplemental statements.]*

| | |
|---|---|
| Name of Professional: | CHOI & ITO |
| Type of Professional: | Bankruptcy Counsel |
| To be employed by: | ☐ Trustee  ☑ Debtor in Possession  ☐ Committee: |
| Briefly state need for employment and describe services to be rendered: | See attached.<br><br>☐ If checked, employment is for specified special purpose under 11 U.S.C. § 327(e). |
| Reason for selecting this professional: | The Firm has experience in representing chapter 11 debtors before the Bankruptcy Court. |
| Terms and conditions of employment: | Employment to be effective as of June 21, 2017, the petition date. The current billing rates for the primary attorneys are: Chuck C. Choi: $400; and Allison A. Ito: $250. The firm will file fee applications in accordance with the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules. |

The undersigned hereby applies for an order approving employment of the above-named professional as described above. To the best of the applicant's knowledge: *[Check all that apply]*

☑ This professional does not hold or represent an interest adverse to the estate, and has no connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent described in any statement attached to this application.

☐ Employment of this attorney is for a special purpose only; s/he does not represent or hold any interest adverse to the debtor(s) or to the estate with respect to this employment.

☐ Employment is by a committee; the professional does not represent any other entity having an adverse interest in connection with the case.

Date: July 5, 2017

/s/ /s/ Robert J. Wessels
Applicant [Print name and sign]

H2014 (3/16)

**VERIFIED STATEMENT BY PROFESSIONAL**

*[Attach this statement to the Application to Employ Professional. If filed separately, attach a cover sheet.]*

[✓] I have no connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent that I may be employed by a trustee in unrelated bankruptcy cases or proceedings.

[ ] I am an attorney being employed for a special purpose only and do not represent or hold any interest adverse to the debtor(s) or to the estate with respect to this employment.

[ ] I am being employed by a committee and do not represent any other entity having an adverse interest in connection with this case.

[✓] The following disclosure is made regarding disinterestednesss:

I am a partner at Choi & Ito ("Firm") proposed counsel for AINA LE`A, INC. ("Debtor"). During the one year prior to the petition date, the Firm received a retainer in the amount of $40,000 for work prior to the Debtor's Chapter 11, including work in anticipation of the bankruptcy filing. The Firm is currently holding a retainer balance of $21,761.87 in its client trust account. The billing rates for the principal attorneys in this matter are $400 for myself and $250 for Allison A. Ito.

To the best of my knowledge, information and belief, the Firm does not hold or represent an interest materially adverse to the interest of the estate and the Firm is "disinterested" within the meaning of the Bankruptcy Code.

Date: July 5, 2017                    /s/ Chuck C. Choi
                                       Professional [Print name and sign]