CHOI & ITO
Attorneys at Law

CHUCK C. CHOI
ALLISON A. ITO
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com;
aito@hibklaw.com

Proposed Attorneys for Debtor
and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>AINA LEʻA, INC.,<br><br>   Debtor and<br>   Debtor-in-Possession. | BK. NO. 17-00611<br>(Chapter 11)<br><br>Date: July 10, 2017<br>Time: 2:00 p.m.<br>Judge: Hon. Robert J. Faris<br><br>[Related to Dkt. # 11] |

## SUBMISSION OF PROPOSED BUDGET FOR PERIOD JULY 1, 2017 THROUGH SEPTEMBER 30, 2017; EXHIBIT "A"

AINA LEʻA, INC., debtor and debtor-in-possession herein (the "Debtor"), through its undersigned counsel, hereby submits as Exhibit "A" hereto, its proposed budget for the period July 1, 2017 through September 30, 2017 in support

of the *Motion for Order Authorizing Debtor to Obtain Post-Petition Financing on Superpriority Basis* (filed herein as dkt. #11) (the "Motion).

The Debtor respectfully requests that the Court enter an interim order authorizing the Debtor to borrow funds as set forth in the Motion and schedule a final hearing on the Motion.

DATED: Honolulu, Hawaii, July 10, 2017.

/s/ Allison A. Ito
CHUCK C. CHOI
ALLISON A. ITO
Proposed Attorneys for Debtor and
Debtor-in-Possession

# [Pre-Construction] Proposed Budget

|  | July | August | September |
|---|---:|---:|---:|
| **Source:** | | | |
| Cash in Bank | 1,431 | 91,816 | 389,890 |
| DIP financing | 500,000 | 500,000 | 500,000 |
| Less commissions | 50,000 | 50,000 | 50,000 |
| Total Sources | 451,431 | 541,816 | 839,890 |
| | | | |
| **Use:** | | | |
| Office rent & exper | 3,500 | 3,500 | 3,500 |
| Insurance | - | 1,000 | 1,000 |
| Travel | 2,500 | 2,500 | 2,500 |
| Due Diligence Depc | 150,000 | | |
| Legal | | 100,000 | |
| Auditors | | 75,000 | |
| Employee Payments | | | |
| Robert Wessels | - | 15,000 | 15,000 |
| Richard Bernstein | - | 10,000 | 10,000 |
| Mark Jackson | 10,000 | 10,000 | 10,000 |
| Johanna Eschberge | 6,500 | 6,500 | 6,500 |
| Robert Kistler | 6,000 | 6,000 | 6,000 |
| Employee health In | 1,200 | 1,200 | 1,200 |
| Payroll Taxes | 1,915 | 4,042 | 4,042 |
| Project Manager | | - | - |
| Site maintenance | 4,000 | 4,000 | 4,000 |
| Marketing/sales | 5,000 | 5,000 | 5,000 |
| Engineering& Planr | 19,000 | | 25,000 |
| SEIS | 150,000 | | |
| Water Deposit | - | | 250,000 |
| Utility Deposit | - | - | 592,000 |
| Total Uses | 359,615 | 243,742 | 343,742 |
| Cash balance | 91,816 | 389,890 | 46,148 |

# EXHIBIT A