Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

WAYNE NASSER        1097-0
FRANCIS P. HOGAN    2722-0
SARAH M. SIMMONS    10228-0
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email: wnasser@awlaw.com; fhogan@awlaw.com;
ssimmons@awlaw.com

Attorneys for Creditor Old Republic
Title & Escrow of Hawaii, Ltd.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>AINA LEʻA, INC.,<br><br>        Debtor and<br>        Debtor-in-possession. | CASE NO. 17-00611<br>(Chapter 11)<br><br>**DECLARATION OF FRANCIS P. HOGAN IN SUPPORT OF CREDITOR OLD REPUBLIC TITLE AND ESCROW OF HAWAII, LTD.'S MEMORANDUM IN RESPONSE TO DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF ESCROW FUNDS, FILED ON AUGUST 2, 2017**<br><br><u>HEARING</u><br>DATE:   August 21, 2017<br>TIME:   2:00 p.m.<br>JUDGE:  Honorable Robert J. Faris<br><br>Related Doc. Nos. 72, 96 |

# DECLARATION OF FRANCIS P. HOGAN IN SUPPORT OF CREDITOR OLD REPUBLIC TITLE AND ESCROW OF HAWAII, LTD.'S MEMORANDUM IN RESPONSE TO DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF ESCROW FUNDS, FILED ON AUGUST 2, 2017

I, FRANCIS P. HOGAN, declare as follows:

1. I am an attorney in good standing, licensed to practice before all courts of the State of Hawaii and am one of the attorneys for Creditor Old Republic Title & Escrow of Hawaii, Ltd. ("Old Republic") herein; I make this declaration on my personal knowledge and belief; and I am competent to testify to the matters herein.

2. Attached as **Exhibit "A"** to Old Republic's response to Debtor's Motion for Order Authorizing Use of Escrow Funds, ("Motion") is a true and correct copy of the Complaint filed by Bridge Aina Le'a, LLC, against Old Republic and Debtor in the Circuit Court of the First Circuit, State of Hawaii, captioned *Bridge Aina Le'a, LLC v. Old Republic Title & Escrow of Hawaii, Ltd., et. al.*, Civil No. 17-1-0584-04 BIA.

3. Plaintiff Bridge Aina Le'a, LLC, filed Plaintiff's Motion for Partial Summary Judgment as to Count II of the Complaint Filed on April 10, 2017, in *Bridge Aina Le'a, LLC v. Old Republic Title & Escrow of Hawaii, Ltd., et. al.*, Civil No. 17-1-0584-04 BIA on May 4, 2017.

4. Attached as **Exhibit "B"** to Old Republic's response to Debtor's Motion is a true and correct copy of the Defendant and Counterclaimant Old Republic Title & Escrow of Hawaii, Ltd.'s Motion for Summary Judgment, etc., that I prepared and filed on May 5, 2017 in *Bridge Aina Le'a, LLC v. Old Republic Title & Escrow of Hawaii, Ltd., et. al.*, Civil No. 17-1-0584-04 BIA.

5. By a stipulation filed on June 5, 2017, the hearing date of the two summary judgment motions was continued from June 7, 2017, to June 28, 2017.

6. Debtor filed its petition in this bankruptcy case on June 22, 2017, staying all further proceedings in Civil No. 17-1-0584-04 BIA, including the June 28, 2017 hearing of both parties' summary judgment motions.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii; August 14, 2017.

/s/ Francis P. Hogan
FRANCIS P. HOGAN